**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7538**

———————

CHRISTOPHER BULLARD; TONY GINOR SAMPSON,

                    Plaintiffs – Appellants,

          v.

REUBEN FRANKLIN YOUNG,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Louise W. Flanagan, District Judge.  (5:12-ct-03093-FL)

———————

Submitted:  February 21, 2013       Decided:  February 25, 2013

———————

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Christopher Bullard, Tony Ginor Sampson, Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bullard v. Young, No. 5:12-ct-03093-FL (E.D.N.C. Aug. 22, 2012). We deny Appellants' motion to compel an answer and for grant of motions filed in the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED